**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: February 4, 2014 |
| Court Reporter: Janet Coppock | Time: 33 minutes |
| Probation Officer: n/a | Interpreter: Susana Cahill and Dave Roberts |

**CASE NO. 13-CR-00046-PAB-9**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Michele Korver |
|        Plaintiff, | |
| vs. | |
| **9.  MARTIN PEREZ-CARDOZA,** | Alaurice Tafoya-Modi |
|        Defendant. | |

**MOTIONS HEARING**

**1:33 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.  Defendant is present and custody.

Interpreters are sworn with no challenges to their qualifications.

**ORDERED:**  Defendant's Motion for Disclosure of 404(b) Evidence [Docket No. 145] is **DENIED as MOOT**.

**Defendant's Motion for James Hearing [Docket No. 146].**

Page Two
13-CR-00046-PAB-9
February 4, 2014

Discussion regarding length of trial since only two defendants remain that might go to trial.

Comments by Ms. Korver.

Comments by Ms. Tafoya-Modi.

Argument by Ms. Tafoya-Modi in support of defendant's Motion for James Hearing.

Argument by Ms. Korver.

**ORDERED:**  Defendant's Motion for James Hearing [Docket No. 146] is **DENIED.**

**ORDERED:**  Government shall file a brief setting forth what they believe the evidence of the conspiracy would be by **March 2, 2014.**

**ORDERED:**  Defendant's Motion to Preserve Notes and Tapes [Docket No. 147] is **DENIED as MOOT**.

**Defendant's Motion for Disclosure [Docket No. 148]**

Argument by Ms. Tafoya-Modi.

Argument by Ms. Korver.

**ORDERED:**  Defendant's Motion for Disclosure [Docket No. 148] is **GRANTED.** Government shall provide the defendant information concerning the identity, as well as impeachment information that the Government may possess no later than **15 days** before trial.  In the event that the Government does proceed on the conspiracy count and if the Government intends to rely upon testimony from a confidential informant other than CS2 in order to prove specific acts that may be used to prove the conspiracy against the defendant, the Government shall provide that same information **15 days** before trial.

**Defendant's Motion for Discovery Regarding Government Expert [Docket No. 149]**

Argument by Ms. Tafoya-Modi.

Argument by Ms. Korver.

Page Three
13-CR-00046-PAB-9
February 4, 2014

**ORDERED:** Defendant's Motion for Discovery Regarding Government Expert [Docket No. 149] is **GRANTED.** Government shall provide the requested discovery by **February 14, 2014.**

**Defendant's Motion for Discovery of Substance of Proffers [Docket No. 150]**

Comments by Ms. Korver in response to the Court's questions.

**ORDERED:** Defendant's Motion for Discovery of Substance of Proffers [Docket No. 150] is **GRANTED**. Any proffers will be due **10 days** before trial.

**ORDERED:** Defendant's Motion for Disclosure of Jencks Material Docket No. 151] is **GRANTED**. Any material responsive to this motion will be due **10 days** before trial.

Ms. Tafoya-Modi requests a continuance of the trial and comments in support.

Ms. Korver joins defendant's request for a continuance of the trial.

**ORDERED:** Counsels' requests for a continuance of the trial are **DENIED**.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**2:06 p.m.     COURT IN RECESS**

**Total in court time:       33 minutes**

**Hearing concluded**